Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE A-POWER ENERGY GENERATION SYSTEMS, LTD. SECURITIES LITIGATION, | MDL 11-2302-GW (CWx)<br><br>**LEAD PLAINTIFF MOVANT JASON LI'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>JUDGE: Hon. George H. Wu<br><br>Hearing Date: January 9, 2012<br>Time: 8:30 am<br>CTRM: 10 (Spring Street) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In connection with the fully briefed Lead Plaintiff motions before this Court, Lead Plaintiff movant Jason Li, hereby submits the Court's lead plaintiff Order in the case entitled *John Folsom v. Indymac Bancorp, Inc., et al.*, No. CV 08-3412-GW (VBKx). A copy of the decision (which is attached to a decision

for certification of a question for interlocutory appeal), is attached hereto as Exhibit 1.

The *Folsom* decision addresses the same aggregation issue currently before this Court: Should a group of unrelated investors (i.e., A-Power Group, a group of 5 investors) with nothing in common other than having the same counsel and purchasing A-Power stock, be permitted to aggregate disparate financial losses (i.e. ranging from $65,000 to $411,000), to overtake a movant with largest individual losses, i.e. Jason Li ($785,444.35 in losses)?

Presented with essentially the same facts, the Court in *Folsom* refused to appoint a group of unrelated investors over an individual, even where the group submitted a joint declaration that "'[prior] to filing our motion for appointment as lead plaintiff, we decided to join together because we believe that, as an individual and institutional investor, we can provide the class with optimal representation as a result of our combined sophistication, resources and perspectives." *See* Ex. 1, at docket page no. 9. *Cf.* A-Power Group's Joint Declaration (Docket no. 7-4 in *Cheng Action*, No. 11-CV-5509-GW, ¶ 6: "In consultation with our counsel, we agreed to proceed together because we each suffered losses in our investments in A-Power Generation Systems, Ltd....").

Dated: January 3, 2012

                                              /s/ Laurence Rosen
                                              Laurence M. Rosen

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 3, 2012 I electronically filed the following **Lead Plaintiff Movant Jason Li's Notice of Supplemental Authority** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 3, 2012.

                                        /s/ Laurence Rosen
                                        Laurence M. Rosen