BORIS FELDMAN (State Bar No. 128838)
boris.feldman@wsgr.com
CYNTHIA A. DY (State Bar No. 172761)
cdy@wsgr.com
BENJAMIN M. CROSSON (State Bar No. 247560)
bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant
A-POWER ENERGY GENERATION
SYSTEMS, LTD.

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE A-POWER ENERGY GENERATION SYSTEMS, LTD. SECURITIES LITIGATION | Master Docket No.: MDL 11-2302-GW-(CWx) |
| | **ORDER REGARDING PRETRIAL SCHEDULING** |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | COURTROOM:  10 |
| <u>ALL ACTIONS</u> | JUDGE:  Hon. George H. Wu |

[PROPOSED] ORDER REGARDING PRETRIAL
SCHEDULING
DKT. NO.: 2:11-ML-2302-GW-(CWX)

WHEREAS, on January 25, 2012, Lead Plaintiff A-Power Investor Group and Defendants A-Power Energy Generation, Ltd. ("A-Power") and Robert Leckie, through their respective counsel, filed a Joint Stipulation Regarding Pretrial Scheduling Order, setting a March 31, 2012 deadline for A-Power and Mr. Leckie's to respond to the Amended Complaint.

WHEREAS, the filing date for A-Power and Robert Leckie's answer or motion to dismiss the Amended Complaint, March 31, 2012, falls on a Saturday.

WHEREAS, the parties wish to clarify that A-Power and Mr. Leckie's answer or motion to dismiss the Amended Complaint will be filed on the next business day, Monday, April 2, 2012.

IT IS HEREBY ORDERED THAT:

1.    A-Power and Mr. Leckie shall file their answer or motion to dismiss the Amended Complaint on or before April 2, 2012.

IT IS SO ORDERED.

Dated: March 26, 2012

_____

The Honorable George H. Wu
United States District Judge

[PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING
DKT. NO.: 2:11-ML-2302-GW-(CWx)

-1-