JS-6

1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10      WESTERN DIVISION

11

| | |
|---|---|
| 12  IN RE A-POWER ENERGY<br>GENERATION SYSTEMS, LTD.<br>13  SECURITIES LITIGATION | Docket No. MDL 11-2302-GW(CWx)<br>**ORDER AND FINAL JUDGMENT** |
| 14 | |
| 15  This Document Relates To:<br>16  ALL ACTIONS | |

17

18          On August 22, 2013, a hearing was held before this Court to determine: (a)

19   whether the above-captioned federal securities class action (the "Action") satisfies

20   the prerequisites for class action treatment under Rule 23 of the Federal Rules of

21   Civil Procedure; (b) whether the terms of the proposed settlement ("Settlement")

22   contained in the Stipulation of Settlement dated December 6, 2012 (the

23   "Stipulation"), are fair, reasonable and adequate, and should be approved by the

24   Court; (c) whether the proposed allocation of the Net Settlement Fund (the "Plan of

25   Allocation") is fair and reasonable and should be approved by the Court; (d)

26   whether the Order and Final Judgment as provided under the Stipulation should be

27   entered, dismissing the Action on the merits and with prejudice, and to determine

28   whether the release of the Released Claims as against the Released Persons, as set

1    forth in the Stipulation, should be ordered; (e) whether the application of Lead

2    Counsel for an award of attorneys' fees, reimbursement of expenses, and an award

3    to the Lead Plaintiff should be approved; and (f) such other matters as the Court

4    might deem appropriate; and

5           The Court having considered the pleadings and all matters submitted to it at

6    the hearing held on August 22, 2013; and

7           It appearing that a Notice of Pendency and Settlement of Class Action

8    ("Notice") (substantially in the form approved by the Order for Notice and Hearing

9    dated January 15, 2013) was mailed to all persons and entities reasonably

10   identifiable who purchased the securities that are the subject of the Action during

11   the Class Period, except those persons and entities excluded from the definition of

12   the Class; and

13          It appearing that a Summary Notice of Pendency and Proposed Settlement of

14   Class Action ("Summary Notice") substantially in the form approved by the Court

15   in the Order for Notice and Hearing was published pursuant to the specifications of

16   the Court, and that a website was used for further availability of the Notice to the

17   Class;

18          NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

19   DECREED THAT:

20          1.      The Court has jurisdiction over the subject matter of the Action,

21   Plaintiffs, all Class Members and the Settling Defendants.

22          2.      Unless otherwise defined herein, all capitalized terms used herein shall

23   have the same meanings as set forth and defined in the Stipulation.

24          3.      The Court finds that the prerequisites for a class action under Rules

25   23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that:

26   (a) the number of Class Members is so numerous that joinder of all members

27   thereof is impracticable; (b) there are questions of law and fact common to the

28   Class; (c) the claims of the Lead Plaintiff, the A-Power Investor Group, are typical

1   of the claims of the Class it seeks to represent; (d) Lead Plaintiff fairly and

2   adequately represents the interests of the Class; (e) the questions of law and fact

3   common to the members of the Class predominate over any questions affecting

4   only individual members of the Class; and (f) a class action is superior to other

5   available methods for the fair and efficient adjudication of the controversy.

6       4.      The Court hereby finds that the Notice distributed to the Class

7   provided the best notice practicable under the circumstances.  The Notice provided

8   due and adequate notice of these proceedings and the matters set forth herein,

9   including the Settlement and Plan of Allocation of the Settlement Fund, to all

10  persons and entities entitled to such notice, and the Notice fully satisfied the

11  requirements of Rule 23 of the Federal Rules of Civil Procedure, Section 21D(a)(7)

12  of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7) as amended by the

13  Private Securities Litigation Reform Act of 1995, due process, and any other

14  applicable law.  A full opportunity has been offered to the Class Members to object

15  to the proposed Settlement and to participate in the hearing thereon.  Thus, it is

16  hereby determined that all Class Members are bound by this Order and Final

17  Judgment.

18      5.      Pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil

19  Procedure and for purposes of the Settlement only, the Court hereby certifies the

20  Action as a class action on behalf of all persons or entities who purchased or

21  otherwise acquired the securities of A-Power Energy Generation Systems, Ltd. ("A-

22  Power") between March 17, 2008 and June 27, 2011, inclusive.  Excluded from the

23  Class are Defendants, all officers and directors of A-Power during or after the Class

24  Period, the members of such excluded persons' immediate families, legal

25  representatives, heirs, predecessors, successors, and assigns, any corporation, trust,

26  or other entity in which any excluded person has or had a controlling interest, and

27  any persons who have separately filed actions against one or more of the

28  Defendants, based in whole or in part on any claim arising out of or relating to any

1  of the alleged acts, omissions, misrepresentations, facts, events, matters,

2  transactions, or occurrences referred to in the Action or otherwise alleged, asserted,

3  or contended in the Action.  Also excluded from the Class are any putative Class

4  Members who excluded themselves by filing a request for exclusion in accordance

5  with the requirements set forth in the Notice.

6       6.     Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for

7  purposes of the Settlement only, the members of Lead Plaintiff A-Power Investor

8  Group, Paolo Bechini, William J. Rooney, Terry W. Shaw, Matthew J. Sprunger,

9  and Robert C. Treadwell, Jr., are certified as class representatives and Lead

10  Plaintiff's selection of Lieff, Cabraser, Heimann & Bernstein, LLP as counsel for

11  the Class is approved.

12       7.     Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the

13  Settlement and Stipulation are approved as fair, reasonable, and adequate.

14  Plaintiffs and the Settling Defendants are directed to consummate the Settlement in

15  accordance with the terms and provisions of the Stipulation.

16       8.     The Action is hereby dismissed with prejudice and without costs.

17       9.     Any and all Released Claims by Plaintiffs and members of the Class

18  are released, barred and forever discharged against all Released Persons, and all

19  such persons and entities and anyone claiming through or on behalf of any of them

20  shall forever be enjoined from instituting, commencing, or prosecuting, any and all

21  Released Claims against any and all of the Released Persons, whether or not they

22  have submitted a Proof of Claim.

23       10.    Any and all Settled Defendants' Claims by any or all of the Settling

24  Defendants or the Related Parties, on behalf of themselves and their successors and

25  assigns, are released, barred and forever discharged and the Settling Defendants and

26  Related Parties shall forever be enjoined from instituting, commencing, or

27  prosecuting the Settled Defendants' Claims.

28

1069052.2

ORDER AND FINAL JUDGMENT
MASTER DOCKET NO. 2:11-ML-2302-GW-(CWx)

1    11.    Neither this Order and Final Judgment, the Stipulation, nor any of the

2  negotiations, documents or proceedings connected with them shall be:

3    a.    offered or received against the Defendants as evidence of or

4  construed as or deemed to be evidence of any presumption, concession, or

5  admission by any of the Defendants with respect to the truth of any fact alleged by

6  any of the Plaintiffs or the validity of any claim that has been or could have been

7  asserted in the Action or in any litigation, or the deficiency of any defense that has

8  been or could have been asserted in the Action or in any litigation, or of any

9  liability, negligence, fault, or wrongdoing of the Defendants;

10    b.    offered or received against the Defendants as evidence of a

11  presumption, concession or admission of any fault, misrepresentation or omission

12  with respect to any statements or written document approved or made by any

13  Defendant;

14    c.    offered or received against the Defendants as evidence of a

15  presumption, concession or admission with respect to any liability, negligence, fault

16  or wrongdoing, or in any way referred to, or for any other reason, as against any of

17  the Defendants, in any other civil, criminal or administrative action or proceeding,

18  other than such proceedings as may be necessary to effectuate the provisions of the

19  Stipulation; provided, however, that the Defendants may refer to the Stipulation to

20  effectuate the liability protection granted them hereunder including to support a

21  defense of *res judicata*, collateral estoppel, release, good faith settlement, judgment

22  bar or reduction or any other theory of claim preclusion or issue preclusion or

23  similar defense or counterclaim;

24    d.    construed against the Defendants, Plaintiffs, or the Class as an

25  admission or concession that the consideration to be given hereunder represents the

26  amount which could be or would have been recovered after trial; or

27    e.    construed as, or received in evidence as, an admission,

28  concession or presumption against the Plaintiffs or the Class that any of their claims

- 5 -

1069052.2

ORDER AND FINAL JUDGMENT
MASTER DOCKET NO. 2:11-ML-2302-GW-(CWx)

1   are without merit or that damages recoverable under any of the complaints filed in

2   the Action would not have exceeded the Settlement Fund.

3       12.    The Released Persons may file the Stipulation and/or this Order and

4   Judgment in any action that may be brought against them in order to support a

5   defense or counterclaim based on principles of *res judicata*, collateral estoppel, full

6   faith and credit, release, good faith settlement, judgment bar or reduction or any

7   other theory of claim preclusion or issue preclusion or similar defense or

8   counterclaim.

9       13.    The Plan of Allocation is approved as fair and reasonable, and Lead

10  Counsel and the Claims Administrator are directed to administer the Stipulation in

11  accordance with its terms and provisions.

12      14.    A separate order shall be entered to approve Lead Counsel's

13  application for fees and reimbursement of costs and expenses as allowed by the

14  Court, and its request for an award to the members of the Lead Plaintiff A-Power

15  Investor Group.  The finality of this Order and Final Judgment shall not be affected,

16  in any manner, by rulings that the Court may make on the Plan of Allocation, Lead

17  Counsel's application for an award of attorneys' fees and reimbursement of

18  expenses, or any Lead Plaintiff award.

19      15.    Exclusive jurisdiction is hereby retained over the Parties and the Class

20  Members for all matters relating to the Action, including the administration,

21  interpretation, effectuation or enforcement of the Stipulation and this Order and

22  Final Judgment, and including any application for fees and expenses incurred in

23  connection with administering and distributing the settlement proceeds to the Class

24  Members.

25      16.    In the event that the Settlement does not become effective in

26  accordance with the terms of the Stipulation, then this Judgment shall be rendered

27  null and void to the extent provided by and in accordance with the Stipulation and

28  shall be vacated and, in such event, all orders entered, including those certifying a

1   settlement Class, and releases delivered in connection herewith shall be null and

2   void to the extent provided by and in accordance with the Stipulation.

3          SIGNED this 22nd day of August, 2013.

4

5                                          _____

6                                          The Honorable George H. Wu
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER AND FINAL JUDGMENT
                                           MASTER DOCKET NO. 2:11-ML-2302-GW-(CWx)